RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/28/06
BY DM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOHN A. THOMAS | CIVIL ACTION NO. 05-1306-P |
| VERSUS | JUDGE WALTER |
| A.D. BATSON, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 29) is **GRANTED** and this matter is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies prior to filing suit.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28 day of December, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE